# UNITED STATES DISTRICT COURT
## Northern District of California
### San Jose Division

| | |
|---|---|
| JOSE HIDALGO RAMON, et al.,<br>Plaintiffs,<br><br>v.<br>DONNA MOORE, et al.,<br>Defendants. | No. C 11-5829 HRL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 3, 2012<br>Mediator: Claudia Viera |

IT IS HEREBY ORDERED that the request to excuse defendant Donna Moore's insurance claim representative from appearing in person at the May 3, 2012, mediation before Claudia Viera is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

March 27, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge