UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JOSE HIDALGO RAMON, et al.,
　　　　　　　Plaintiffs,

　　v.

DONNA MOORE, et al.,
　　　　　　　Defendants.

No. C 11-5829 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:　　　　　May 3, 2012
Mediator:　　　Claudia Viera

　　　IT IS HEREBY ORDERED that the request to excuse defendant Donna Moore's insurance claim representative from appearing in person at the May 3, 2012, mediation before Claudia Viera is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

　　　IT IS SO ORDERED.

March 27, 2012
―――――――――――
Dated

By: ―――――――――――
　　　Donna M. Ryu
　　　United States Magistrate Judge