CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
  Gretchen Regenhardt (SBN 77864)
21 Carr Street
Watsonville, CA  93401
Tel:    (831) 724-2253
gregenhardt@crla.org

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
  Ilene J. Jacobs (SBN 126812)
511 D Street
Post Office Box 2600
Marysville, CA  95901
Tel:    (530) 742-0421
ijacobs@crla.org

Attorneys for Plaintiffs Jose Hidalgo Ramon, Roberto
de la Cruz, Rufino Melendez, and Antonia
Silva Ortiz

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, California  94060
Tel:    (650) 879-0141
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for All Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIDALGO RAMON; et al.<br><br>**Plaintiffs,**<br><br>vs.<br><br>**DONNA MOORE, individually and as trustee of the DONNA MOORE REVOCABLE LIVING TRUST DATED MAY 7, 2008,**<br><br>**Defendant.** | Case No. **5:11-CV-05829-HRL**<br><br>**[PROPOSED] CONSENT DECREE AND FINAL ORDER** |

This action was brought by plaintiffs alleging that defendant violated the Fair

Housing Act, 42 U.S.C. section 3601 *et seq,*. and related state laws by discriminating

on the basis of sex or gender, marital status, and familial status in connection with the

ownership and operation of the apartments located at 723 Lakeview Road in

1 Watsonville, California.  In addition, some of the plaintiffs alleged violations of landlord-
2 tenant laws.

3        Plaintiffs and defendant have agreed that in order to avoid protracted and costly
4 litigation, the controversy should be resolved without trial or adjudication on the merits,
5 and therefore have consented to the entry of this decree and order.  By entering into
6 this consent decree and order ("order"), defendant makes no admission of liability or
7 wrongdoing in connection with the allegations and claims made by plaintiffs.

8        **It is hereby ordered, adjudged, and decreed that:**

9                            **MONETARY TERMS**

10       1.     Defendant and her insurance company shall make a monetary payment in
11 amount of $137,500 to satisfy all of plaintiffs' claims for damages and attorneys' fees
12 and costs. This payment shall be delivered to plaintiffs' counsel, Liza Cristol-Deman at
13 Brancart & Brancart, on or before June 3, 2012, made payable to the Attorney-Client
14 Trust Account of Brancart & Brancart.

15                            **RELEASE TERMS**

16       2.     Plaintiffs and defendant shall execute mutual waivers and releases
17 indicating that this order constitutes a full and final settlement of any and all claims that
18 they have related to the subject matter of this lawsuit.  Those mutual waivers and
19 releases shall include a waiver of all known and unknown claims under California Civil
20 Code section 1542.

21       3.     Plaintiffs and defendant shall stipulate to a dismissal of this action, subject
22 to the terms of this order.

23                            **EQUITABLE TERMS**

24       4.     Defendant and her agents shall be prohibited from engaging in unlawful
25 discrimination in housing, including but not limited to all forms of discrimination based
26 on gender, age, and familial status in the operation of the Lakeview Apartments and all
27 residential rentals located on the property at 723 Lakeview Road in Watsonville,
28 California.  If defendant elects to continue renting any units in the back building at

---

**[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. 5:11-CV-05829 HRL**

1 Lakeview Road to any lodgers or tenants after September 3, 2012, she agrees to make

2 them available on a non-discriminatory basis in compliance with the Fair Housing Act,

3 the California Fair Employment and Housing Act, and the Unruh Act.

4      5.     Defendant shall provide a copy of the HUD pamphlet entitled "Are you the

5 victim of housing discrimination?" (HUD official form 903.1) or the DFEH pamphlet

6 entitled "Fair Housing: You are Protected Under California Law" (DFEH form 157H) to

7 all prospective and current residents to all prospective tenants and to all current tenants

8 of their rental properties in Spanish or in English. These pamphlets are available free

9 of charge from HUD's website, located at www.hud.gov; and DFEH's website,

10 www.dfeh.ca.gov.

11      10.    When placing vacancy listings or advertisements in newspapers, flyers, or

12 online, defendant shall be prohibited from expressing a preference or limitation based

13 on gender and familial status, and shall include a fair housing endorsement such as,

14 "We're a Fair Housing Provider," or words to that effect;

15      11.    Defendant shall display a fair housing poster (HUD official form 928-

16 Spanish and English version) in the kitchen and in the television room at the Lakeview

17 Apartments;

18      12.    Defendant shall attend and pay for attending a fair housing training once

19 per year for each of the five years conducted by a FHIP approved fair housing service

20 provider. If defendant has any agents who assist at her rental properties, those agents

21 shall also attend. Defendant shall not be required to attend these trainings if she is no

22 longer engaged in the rental of dwellings or housing accommodations in any capacity.

23                         **DURATION AND ENFORCEMENT**

24      13.    This order shall be in effect for a period of five years from the date of entry

25 and the court shall retain jurisdiction for the purposes of enforcement. This order will

26 terminate at the end of the five-year period.

27      14.    The parties shall attempt in good faith to work out any disputes that arise

28 under the terms of this order. Only after good faith attempts have been exhausted will

1   the parties request the assistance of the court in resolving such disputes.

2

3        Ordered this ___ day of _____, 2012.

4

5                                              _____
                                              Honorable Howard R. Lloyd
6                                              United States Magistrate Judge

7

8   Approved as to content and form:

9   CALIFORNIA RURAL LEGAL ASSISTANCE

10

11  _____
    Gretchen Regenhardt
    Attorneys for Plaintiffs Jose Hidalgo Ramon, Roberto de la Cruz, Rufino Melendez, and
12  Antonia Silva Ortiz

13

    BRANCART & BRANCART
14

15  _____
    Liza Cristol-Deman
16  Attorneys for All Plaintiffs

17

    LAW OFFICES OF LORI B. FELDMAN
18

19  _____
    Lori B. Feldman
20  Attorney for Defendant

21

    GRUNSKY LAW FIRM
22

23  _____
    Dinah V. Sapia
24  Attorneys for Defendant

25

26

27

28

**[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. 5:11-CV-05829 HRL**